UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

CHANDRAWATTI PAWAROO,

                Plaintiff,

-against-

COUNTRYWIDE BANK, et al.,

                Defendants.

---------------------------------------------------------------- X

09-cv-2924 (ARR)

<u>NOT FOR PUBLICATION</u>

<u>ORDER</u>

ROSS, United States District Judge:

    The court has reviewed the defendant's letter concerning the defendant's proposed motion to dismiss.

    The court directs that defendant's motion shall be briefed as follows: defendant's motion and supporting papers shall be served no later than December 9, 2009; plaintiff's opposition papers shall be served no later than January 8, 2010; defendant's reply papers, if any, shall be served no later than January 22, 2010. The fully-briefed motion shall be filed in accordance with chambers' rules, including courtesy copies for chambers, no later than January 22, 2010. This schedule may be altered only with the permission of the court.

    SO ORDERED.

                                          /S/
                                  Allyne R. Ross
                                  United States District Judge

Dated:     December 8, 2009
              Brooklyn, New York

1

SERVICE LIST:

**Plaintiff (pro se):**
Chandrawatti Pawaroo
135-15 117th Street
South Ozone, NY 11420

cc: Chandrawatti Pawaroo
82-01 Rockaway Blvd., Suite 160 (1st Floor)
Woodhaven, NY 11416

**Defendant:**
Chris Michael LaRocco
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

cc:   Magistrate Judge Gold